IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHANIE LINTON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO.02-cv-3827 |
| JAMES ALLEN | : | |

**O R D E R**

**AND NOW, TO WIT:** This 24th day of April, 2003, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.


**MICHAEL E. KUNZ**, Clerk of Court


BY:_____
Lynn Meyer
Deputy Clerk

cc:   Christopher Marrone, Esq. (mail)
      Edward Chew, Esq. (mail)

O:\41(b) Orders to Dismiss\Linton v. Allen 02-3827 - 41b Order.wpd